JOHN M. DANA, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Dana v. N. Y. C. & H. R. R. R. Co.*, 108 App. Div. 358, affirmed.
(Argued December 13, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 25, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Edward Harris, Jr.*, for appellant.

*Clarence W. McKay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: GRAY and HISCOCK, JJ.